UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VLADIMIR DUBROVIN,

        Debtor.
_____/

RUVIM LONDON,

        Plaintiff,
v.

VLADIMIR DUBROVIN,

        Defendant.
_____/

Case No. 17-18717-RBR

Chapter 7

Adv. Proc. No. 18-1016-RBR-A

## PLAINTIFF'S MOTION FOR JUDGMENT BY CONSENT

The Plaintiff, Ruvim London, seeks the entry of a judgment in the attached form upon the Notice of Filing Consent to Judgment filed by the defendant [DE 11]. The form of proposed judgment that is being submitted upon this motion matches the form of judgment consented-to by the defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2018 the foregoing was electronically filed, and a copy of the foregoing was served by electronic mail through the court's CM/ECF system to Keith D. Silverstein, 701 Brickell Ave., Suite 2000, Miami, FL 33131 (*keith@silversteinpa.com*).

        GRAYROBINSON, P.A.
        Counsel for Plaintiff
        401 E. Las Olas Blvd., Suite 1000
        Fort Lauderdale, FL  33301
        Ph. (954) 761-8111

        s/Patrick S. Scott
        Patrick S. Scott
        Fla. Bar No. 290025
        patrick.scott@gray-robinson.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VLADIMIR DUBROVIN,

        Debtor.
_____/

Case No. 17- 18717-RBR

Chapter 7

RUVIM LONDON,

        Plaintiff,

Adv. Proc. No. 18-01016-RBR-A

vs.

VLADIMIR DUBROVIN,

        Defendant.
_____/

## FINAL JUDGMENT EXCEPTING DEBT FROM DISCHARGE

The defendant has filed his Consent [DE 11] to the entry of judgment in this form, upon the plaintiff's Amended Complaint Objecting to Dischargeability of Debt [DE 2].[1]  Therefore,

---

[1] The parties recognize that there is a typographical error in paragraph 6 of the Amended Complaint, and that the "$300,000" should actually read "$2,432,919.10."

1

Judgment is hereby entered in favor of the plaintiff, Ruvim London, and against the defendant, Vladimir Dubrovin, that the debt represented by the Final Judgment entered on August 19, 2015 and attached as Exhibit A to the amended complaint in this proceeding is excepted from any discharge the debtor may receive in this case.

###

Submitted by: Patrick S. Scott, GrayRobinson, P.A., 401 E. Las Olas Blvd., Suite 1000, Fort Lauderdale, FL 33301, ph. 954/761-8111.

Copies to be furnished to:

Patrick S. Scott
Vladimir Dubrovin, 95 N. Birch Rd., Apt. 706, Fort Lauderdale, FL 33304
Keith D. Silverstein
Anthony DiTocco

[Mr. Scott is directed to serve a copy of this judgment on the parties noted, except those served by the CM/ECF system, and to file a certificate of service.]

\826144\1 - # 4967002 v1