

**ORDERED in the Southern District of Florida on April 10, 2018.**

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VLADIMIR DUBROVIN,

             Debtor.

_____/

RUVIM LONDON,

             Plaintiff,

vs.

VLADIMIR DUBROVIN,

             Defendant.

_____/

Case No. 17- 18717-RBR

Chapter 7

Adv. Proc. No. 18-01016-RBR-A

## FINAL JUDGMENT EXCEPTING DEBT FROM DISCHARGE

The defendant has filed his Consent [DE 11] to the entry of judgment in this form, upon

the plaintiff's Amended Complaint Objecting to Dischargeability of Debt [DE 2].[1]  Therefore,

---

[1]  The parties recognize that there is a typographical error in paragraph 6 of the Amended
Complaint, and that the "$300,000" should actually read "$2,432,919.10."

1

Judgment is hereby entered in favor of the plaintiff, Ruvim London, and against the defendant, Vladimir Dubrovin, that the debt represented by the Final Judgment entered on August 19, 2015 and attached as Exhibit A to the amended complaint in this proceeding is excepted from any discharge the debtor may receive in this case.

###

Submitted by:  Patrick S. Scott, GrayRobinson, P.A., 401 E. Las Olas Blvd., Suite 1000, Fort Lauderdale, FL 33301, ph. 954/761-8111.

Copies to be furnished to:

Patrick S. Scott
Vladimir Dubrovin, 95 N. Birch Rd., Apt. 706, Fort Lauderdale, FL 33304
Keith D. Silverstein
Anthony DiTocco

[Mr. Scott is directed to serve a copy of this judgment on the parties noted, except those served by the CM/ECF system, and to file a certificate of service.]

\826144\1 - # 4967002 v1