UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VLADIMIR DUBROVIN,

                Debtor.
_____/

RUVIM LONDON,

                Plaintiff,

v.

VLADIMIR DUBROVIN,

                Defendant.
_____/

Case No. 17-18717-RBR

Chapter 7

Adv. Proc. No. 18-1016-RBR-A

## RUVIM LONDON'S WITHDRAWAL OF
## MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiff, Ruvim London, withdraws his Motion for Judgment on the Pleadings [DE 7] filed on March 13, 2018 as moot, in light of the court's recent entry of a Judgment by Consent.

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2018 the foregoing was served by electronic mail through the court's CM/ECF system to Keith D. Silverstein, 701 Brickell Ave., Suite 2000, Miami, FL 33131 (*keith@silversteinpa.com*).

                GRAYROBINSON, P.A.
                Counsel for Plaintiff
                401 E. Las Olas Blvd., Suite 1000
                Fort Lauderdale, FL 33301
                Ph. (954) 761-8111
                s/Patrick S. Scott
                Patrick S. Scott
                Fla. Bar No. 290025
                patrick.scott@gray-robinson.com